The People of the State of New York, Respondent, v Kevin Thurmond, Appellant. [951 NYS2d 684]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Florio, Chambers and Hall, JJ., concur.

The People of the State of New York, Respondent, v Joseph Truman, Appellant. [951 NYS2d 686]—

The defendant's contention that the prosecutor's summation deprived him of a fair trial is unpreserved for appellate review (*see* CPL 470.05 [2]). In any event, the challenged remarks were within the bounds of permissible rhetorical comment, fair response to arguments and issues raised by the defense, or fair comment on the evidence (*see People v Ashwal*, 39 NY2d 105, 109-110 [1976]). Eng, P.J., Rivera, Hall and Sgroi, JJ., concur.